ACCEPTED
03-15-00247-CR
7215720
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/2/2015 5:04:23 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00247-CR

| | | |
|---|---|---|
| KAYLA JEAN LARDIERI | § | IN THE THIRD |
| V. | § | DISTRICT COURT OF |
| THE STATE OF TEXAS | § | APPEALS OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/2/2015 5:04:23 PM
JEFFREY D. KYLE
Clerk

## STATE'S UNOPPOSED THIRD MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves for an extension of time of 14 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was convicted by a jury of Attempt to Commit Capital Murder, Aggravated Kidnapping, Aggravated Robbery, and Tampering with Physical Evidence. Her punishment was assessed by the trial court at 30 years for the Attempted Capital Murder, Aggravated Kidnapping and Aggravated Robbery offenses, for which there was a deadly weapon finding. She received 10 years for the Tampering offense. The sentences were to be served concurrently. Appellant was also assessed court costs. Appellant's brief was filed on July 2, 2015. The State's brief is currently due on October 2, 2015.

1

## II.

I was the attorney for the State at trial, and I am handling the State's brief on appeal. From the 8th to the 15th of September I tried a sexual assault of a child case in CR2011-575. I had another trial involving the sexual assault of a child from September 14th to the 23rd. I subsequently joined the rest of my office in Corpus Christi for a CLE conference on the 24th and 25th of September. Additionally, I have had to manage my regular docket. I have completed some of the work on the State's response. However, because of the foregoing, I have not yet been able to finish it and respectfully request an extension of 14 days to file the State's brief in the instant cause. This is the third extension sought by Appellee. Appellant does not oppose the instant motion.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 14 days, until October 16, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Chari L. Kelly
**Chari L. Kelly -** SBN: 24057939
kellyc@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130

2

Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Chari L. Kelly, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Unopposed Third Motion to Extend Time to File Brief* has been delivered to Appellant KAYLA JEAN LARDIERI's attorney in this matter:

Paul A. Finley
pfinley@reaganburrus.com
Reagan Burrus, PLLC
401 Main Plaza, Suite 200
New Braunfels, TX 78130
*Counsel for Appellant on Appeal*

by electronically sending it to the above-listed email address through efile.txcourts.gov, this 2nd day of October, 2015.

/s/ Chari L. Kelly
**Chari L. Kelly**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred or made reasonable attempts to confer with all other parties about the merits of this motion and whether the parties oppose the motion. Mr. Paul Finley, Attorney for Appellant KAYLA JEAN LARDIERI, was not opposed to the instant motion.

/s/ Chari L. Kelly
**Chari L. Kelly**

3